1  **STEPHEN D. DEMIK**
   California State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Stephen_Demik@fd.org

5  Attorneys for Mr. Perez

                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ0806 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| MANUEL R. PEREZ, JR., | ) | |
| Defendant. | ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

                                              Respectfully submitted,

Dated: March 18, 2008                   /s/ *STEPHEN D. DEMIK*
                                              Federal Defenders of San Diego, Inc.
                                              Attorneys for Defendant
                                              Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

>Courtesy Copy to Chambers

>Copy to Assistant U.S. Attorney via ECF NEF

>Copy to Defendant

Dated: March 18, 2008                    /s/ STEPHEN D. DEMIK
                                         Federal Defenders of San Diego, Inc.
                                         225 Broadway, Suite 900
                                         San Diego, CA  92101-5030
                                         (619) 234-8467  (tel)
                                         (619) 687-2666  (fax)
                                         Stephen_Demik@fd.org (email)

2