UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MANUEL ROBERT PEREZ, JR (1),<br>RACHEL LOUISE CARDENAS (2),<br><br>          Defendants. | Criminal Case No. 08CR1139-L<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and<br>960 - Importation of marijuana;<br>Title 18, U.S.C., Sec. 2 - Aiding<br>and Abetting (Felony) |

The United States Attorney charges:

On or about March 13, 2008, within the Southern District of California, defendants MANUEL ROBERT PEREZ, JR and RACHEL LOUISE CARDENAS, did knowingly and intentionally import [100 kilograms or more, to wit:] approximately 120.15 kilograms (265.53 pounds), of marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: April 10, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:San Diego
3/25/08